◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE E. MASON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (De Lury, J.), rendered July 7, 1983, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and sentencing him to a term of 1½ to 3 years' imprisonment.

Ordered that the judgment is modified, on the law, by reducing the defendant's sentence from a term of imprisonment of 1½ to 3 years to a term of imprisonment of 1 to 3 years. As so modified, the judgment is affirmed.

By pleading guilty, the defendant waived his right to contest the denial of his motion pursuant to CPL 30.30 *(see, People v O'Brien,* 56 NY2d 1009; *People v Suarez,* 55 NY2d 940).* Further, by failing to move to withdraw his plea prior to sentencing, the issue of whether that motion was properly denied is not preserved for appellate review *(see, People v Pellegrino,* 60 NY2d 636).

As the defendant asserts, and the People concede, the defendant's sentence of 1½ to 3 years on his conviction was illegal, as attempted criminal possession of a weapon in the third degree is not a class D armed felony offense *(see,* Penal Law § 70.02 [4]). The minimum sentence should have been one year *(see,* Penal Law § 70.00 [3] [b]). Thompson, J. P., Niehoff, Weinstein and Spatt, JJ., concur.